HENRY L. RIDER, Respondent, *v.* ROBERT L. PELL, Appellant.

(Submitted January 13, 1873; decided March term, 1873.)

THIS action was brought by plaintiff, a real estate broker, to recover commissions for selling defendant's farm. Defendant agreed to pay $500 if plaintiff would effect a sale. He found a purchaser who purchased the farm, paying therefor in the stock of the Kensington Mutual Fire and Marine Insurance Company. Defendant thereafter agreed to transfer to plaintiff forty shares of the stock in payment of the $500, but failed so to do. *Held*, that plaintiff was entitled to recover the $500.

*Ira D. Warren* for the appellant.

*H. B. Hayner* for the respondent.

EARL, C., reads for affirmance.
All concur; LOTT, Ch. C., not sitting.
Judgment affirmed.